**Dismissed and Memorandum Opinion filed July 9, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00598-CV

### LANCE LARRY CHAPMAN-BOARDMAN, Appellant

### V.

### ERICA MARIA CHAPMAN-BOARDMAN, Appellee

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 18-FD-0431**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 15, 2018. The clerk's record was filed September 12, 2018. The reporter's record was filed September 6, 2018. No brief was filed.

On February 21, 2019, this court issued an order stating that unless appellant filed a brief on or before March 15, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant did not file a brief but filed a motion to abate the appeal for additional findings of fact and conclusions of law. Appellant's motion was denied April 11, 2019. Appellant filed a motion for reconsideration of this court's ruling, and the court denied that motion on June 4, 2019. Appellant still has filed no brief pursuant to this court's order. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.